**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Randerson RODRIGUEZ–**
**RODRIGUEZ, Defendant–Appellant.**

**No. 12–12411**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2013.

Bruce Brown, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael G. Smith, Attorney at Law, Fort Lauderdale, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael G. Smith, appointed counsel for Randerson Rodriguez–Rodriguez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez–Rodriguez's convictions and sentences are **AF-FIRMED.**